# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELM 3DS INNOVATIONS, LLC,<br>Plaintiff,<br>v.<br>SAMSUNG ELECTRONICS CO., LTD., et al.,<br>Defendants. | C.A. No. 14-cv-1430-LPS<br><br>JURY TRIAL DEMANDED |

## [PROPOSED] ORDER

Having considered Plaintiff Elm 3DS Innovations, LLC's ("Elm") motion to compel Defendant Samsung's production of sales data, the Court hereby ORDERS that Samsung produce the following information within one week of this Order:

1. Samsung's monthly revenue and profit, on a product-by-product basis, from worldwide sales of all relevant products regarding which Samsung has conducted sales-related activities in the United States, including the activities described in Elm's December 15, 2019 Email. As used in this Order, "relevant" products or components are stacked semiconductor products that include a die with a thickness of 50 microns or less.

2. Samsung's monthly revenue and profit, on a product-by-product basis, from worldwide sales of its downstream products (e.g., consumer electronic products) that include a relevant stacked image sensor incorporating a die that Samsung manufactured in the United States.

3. Identify which of the relevant components are included in each of the downstream products that incorporate such components.

4. Samsung's monthly revenue and profit, on a product-by-product basis, from downstream products that have been sold, offered for sale, or imported in the United States and that include a relevant product manufactured or assembled by a third party.

5. A reliable estimate of Samsung's monthly revenue and profit, on a product-by-product basis, from worldwide sales of Samsung's downstream products (e.g., consumer electronic products) that use a relevant stacked memory product incorporating a die that Samsung manufactured in the United States.

6. For every relevant product, the prices that Samsung affiliates have paid (or otherwise recognized) to acquire the relevant product or component.

7. A complete explanation of the entries in SAMSUNG-ELM-000063260 that show net quantities, but no sales revenue.

8. A complete explanation of the product codes listed in SAMSUNG-ELM-00006326 and, to the extent the product codes in that document are incomplete, a revised version of that data that includes complete product codes.

9. An explanation for when and why Samsung destroyed the pre-2010 sales data of its US affiliate, SEA, what steps Samsung has taken to recover that data, whether Samsung believes that data can be recovered, and, if Samsung does not believe that data can be recovered, what steps Samsung will take to estimate SEA's sales of all relevant products and downstream products that include any relevant products.

The Honorable Jennifer L. Hall