IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELM 3DS INNOVATIONS, LLC, a Delaware limited liability company,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity,<br>SAMSUNG SEMICONDUCTOR, INC., a California Corporation,<br>SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and<br>SAMSUNG AUSTIN SEMICONDUCTOR, LLC, a Delaware limited liability company,<br><br>　　　　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 14-1430-LPS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION FOR TELECONFERENCE TO RESOLVE DISCOVERY DISPUTES

The parties in the above-referenced matter respectfully move the Court to schedule a discovery conference on Elm's request for discovery regarding Samsung's accused products and on Samsung's requests for discovery on Elm's documents on valuation.

The following attorneys participated in a telephonic meet and confer on Elm's discovery requests on November 2, 2020, and November 6, 2020:

- Delaware Counsel for Samsung: Adam Poff
- Lead Counsel for Samsung: Allan Soobert, Liza Brann, Phillip Citroen, and Soyoung Jung
- Delaware Counsel for Elm: Brian Farnan
- Lead Counsel for Elm: Nosson Knobloch

The following attorneys participated in a telephonic meet and confer on Samsung's discovery requests on October 21, 2020:

-1-

- Delaware Counsel for Samsung: Adam Poff
- Lead Counsel for Samsung: Allan Soobert, Liza Brann and Soyoung Jung
- Delaware Counsel for Elm: Brian Farnan
- Lead Counsel for Elm: Matt Ford

Counsel for Elm and Samsung, including the above-identified attorneys, have also exchanged correspondence on these matters.

Elm seeks the Court's assistance regarding Samsung's objection to discovery regarding stacked semiconductor products with a die thickness greater than 50 microns but a substrate thickness of 50 microns or below.

There are two discovery items for which Samsung seeks the Court's assistance:

1. Elm's objections and response to Defendants' Requests for Production Nos. 59, 62, 157, 167.

2. Elm's objections and response to Defendants' Interrogatory No. 5.

The parties are available for a teleconference on these issues on the following dates:

- December 2
- December 3
- December 11 (after Noon Eastern Time)

Respectfully submitted,

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ *Adam W. Poff*

Adam W. Poff (No. 3990)
Pilar G. Kraman (No. 5199)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
*apoff@ycst.com*
*pkraman@ycst.com*

27332037.1

## CERTIFICATE OF SERVICE

I, Adam W. Poff, hereby certify that on November 12, 2020, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Joseph J. Farnan, Jr. Esquire
>Brian E. Farnan, Esquire
>Michael J. Farnan, Esquire
>Farnan, LLP
>919 North Market Street, 12th Floor
>Wilmington, DE 19801
>*farnan@farnanlaw.com*
>*bfarnan@farnanlaw.com*
>*mfarnan@farnanlaw.com*
>
>*Attorneys for Plaintiff*

I further certify that on November 12, 2020, I caused a true and correct copy of the foregoing document to be served by e-mail on the above-listed counsel of record, and on the following:

>Adam K. Mortara, Esquire
>125 South Wacker Dr., Suite 300
>Chicago, IL 60606
>adam@mortaralaw.com
>
>Matthew R. Ford, Esquire
>Bartlit Beck LLP
>54 West Hubbard Street, Suite 300
>Chicago, IL 60654
>matthew.ford@bartlit-beck.com

26987969.1

John M. Hughes, Esquire
Katherine L.I. Hacker, Esquire
Nosson D. Knobloch, Esquire
Daniel C. Taylor, Esquire
Bartlit Beck LLP
1801 Wewatta, Suite 1200
Denver, CO  80202
john.hughes@bartlit-beck.com
kat.hacker@bartlit-beck.com
nosson.knobloch@bartlit-beck.com
dan.taylor@bartlit-beck.com

*Attorneys for Plaintiff*

YOUNG CONAWAY STARGATT
 &  TAYLOR, LLP

*/s/ Adam W. Poff*
Adam W. Poff (No. 3990)
Pilar G. Kraman (No. 5199)
Rodney Square
1000 North King Street
Wilmington, Delaware  19801
(302) 571-6600
*apoff@ycst.com*
*pkraman@ycst.com*

*Attorneys for Defendants*