

**WILMINGTON**
RODNEY SQUARE

**NEW YORK**
ROCKEFELLER CENTER

**Adam W. Poff**
P 302.571.6642
F 302.576.3326
apoff@ycst.com

November 17, 2020

**BY E-FILING**

The Honorable Jennifer L. Hall
United States District Court
  for the District of Delaware
844 N. King Street
Wilmington, DE 19801

      Re:    *ELM 3DS Innovations, LLC v. Samsung Electronics Co., Ltd., et al.*,
             C.A. No. 14-cv-1430-LPS

Dear Magistrate Judge Hall:

      Elm has now submitted documents for in camera review in compliance with the Court's order at the October 30 hearing. Elm has also submitted a letter explaining its process for choosing the representative documents. Samsung respectfully submits this brief response to assist the Court in its review.

      Elm states that it is withholding about 502 responsive documents but has submitted only fifty representative documents, consistent with the Court's instruction. Given the large volume of communications withheld, Samsung expects that Elm had numerous discussions with potential and actual funders about infringement, invalidity, enforceability, and damages (including patent valuation), as well as discussions about the terms of any funding agreement, and that Elm submitted those communications to the Court. (*See* D.I. 344.) To the extent that Elm has not submitted such communications, Samsung respectfully requests that the Court consider requesting such documents for its review.

                               Respectfully submitted,

                               /s/ *Adam W. Poff*

                               Adam W. Poff (No. 3990)

cc:      Counsel of Record (via E-Filing and Email)

27353479.1

**Young Conaway Stargatt & Taylor, LLP**
Rodney Square | 1000 North King Street | Wilmington, DE 19801
P  302.571.6600    F  302.571.1253    YoungConaway.com